No. 89–5120.   PERRY *v.* LOUISIANA.   19th Jud. Dist. Ct., Crim. Section V, Parish of East Baton Rouge, La.   Motion of pe-

titioner for leave to proceed *in forma pauperis* granted. Certiorari granted.